IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAKESHKUMAR VASANTLAL PATEL,<br><br>    Defendant. | **4:13CR3332**<br><br>DETENTION ORDER PENDING TRIAL |

  After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

  Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

  Specifically, the court finds that the defendant has contacts in India and could flee the country before trial; and his actions and the actions of his family in trying to avoid defendant's arrest support a conclusion that no conditions or combination of conditions are currently available which will sufficiently ameliorate the risk of flight.

### Directions Regarding Detention

  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 16, 2013.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge