IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RAKESHKUMAR VASANTLAL PATEL,<br><br>        Defendant. | 4:13CR3110<br><br>**MEMORANDUM AND ORDER** |

Pretrial motions are currently pending.

Accordingly,

IT IS ORDERED that the trial of this case is continued pending the resolution of the defendant's pending Motion to Suppress (Filing No. 29) and Motion to Dismiss (Filing No. 28).

October 23, 2013.

                                                                                      BY THE COURT:

                                                                                      *s/ Cheryl R. Zwart*
                                                                                      United States Magistrate Judge